

# SPURRELL & STUDER
## ——LAW GROUP——

March 31, 2023

United States District Court
Northern District of New York
Federal Building and Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

```
U.S. DISTRICT COURT - N.D. OF N.Y.
         FILED
        APR - 3 2023
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse
```

RE: Center for Food Safety, Inc. v. Wood Farms, LLC
    NYND CASE NO. 5:23-cv-399(FJS/ATB)

Dear Clerk:

Per your letter of March 30, 2023, please be advised that I will remain as counsel of record in the above matter. I am in the process of submitting my formal admission as required. If you have any questions, please call.

Sincerely,

*Donald E. Spurrell*

DES/dt

SPURRELL & STUDER LAW GROUP, PLLC
A: 128 East Market Street Johnson City, TN 37604   |   P: (423) 926-9421   |   F: (888) 526-1020

Donald E. Spurrell
Spurrell & Studer Law Group
128 E. Market Street
Johnson City, TN 37604



KNOXVILLE TN 377

31 MAR 2023 PM 2 L

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

APR -3 2023

RECEIVED

United States District Court
Northern District of New York
Federal Building and Courthouse
P.O. Box 7367
Syracuse, NY  13261-7367

13261-736767